155 A.3d 434

**SCOTT, Theodore**

v.

**STATE of Maryland**

**Pet. Docket No. 514, Sept. Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted

155 A.3d 434

**STEVENSON, Timothy**

v.

**STATE of Maryland**

**Pet. Docket No. 532, Sept. Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Pending in the Court of Special Appeals (No. 76, Sept. Term, 2016).

Petition for writ of certiorari granted